# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| CITY OF TIPTON, IOWA,<br><br>Plaintiff,<br><br>vs.<br><br>MIRON CONSTRUCTION CO., INC.<br>and BURBACH AQUATICS, INC.,<br><br>Defendants. | Case No. C14-0037<br><br>ORDER EXTENDING PRETRIAL DEADLINES |

This matter comes before the Court on the Stipulation and Order Amending Scheduling Order and Discovery Plan (docket number 26) filed by the parties on November 25, 2014. The parties jointly ask that the Court extend the deadlines for disclosing expert witnesses and for completing discovery. The Court finds the request should be granted.

## ORDER

IT IS THEREFORE ORDERED that the Request for Extension (docket number 26) filed by the parties is **GRANTED** as follows:

1. Plaintiff must serve its expert disclosure and report from Stecker Harmsen, Inc. by **December 8, 2014**.

2. Defendants must serve their expert disclosures and reports not later than **February 9, 2015**.

3. Plaintiff must serve its rebuttal expert disclosures and reports, if any, not later than **March 9, 2015**.

4. All discovery must be completed not later than **March 26, 2015**.

5.   The dispositive motions deadline (**March 26, 2015**) remains unchanged.

*The parties are reminded that July 27, 2015 remains a firm trial date.*

DATED this 25th day of November, 2014.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA