IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| CITY OF TIPTON, IOWA,<br><br>Plaintiff,<br><br>vs.<br><br>MIRON CONSTRUCTION CO., INC.<br>and BURBACH AQUATICS, INC.,<br><br>Defendants. | No. C14-0037<br><br>ORDER FOR ADMISSION<br>*PRO HAC VICE* |

This matter comes before the Court on the Motion for Admission Pro Hac Vice (docket number 31) filed by attorney Chase A. Horne on June 22, 2014. The Court finds the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Motion for Admission Pro Hac Vice (docket number 31) is hereby **GRANTED**. Attorney Chase A. Horne is authorized to appear on behalf of Defendant Miron Construction Co., Inc. in this matter.

DATED this 23rd day of June, 2015.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA